### WHATLEY *v.* THE STATE.

FISH, J. In view of all the testimony introduced on the trial of this case, the court erred in not giving in charge to the jury the law of voluntary manslaughter. Aside from this, no material error was committed at the trial.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted July 21, — Decided August 7, 1902.

Indictment for murder. Before Judge Reagan. Fayette superior court. May 28, 1902.

*J. W. Wise* and *A. O. Blalock*, for plaintiff in error.

*Boykin Wright*, attorney-general, and *O. H. B. Bloodworth*, solicitor-general, contra.